UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
v.                              )       No.:   3:19-CR-187-TAV-JEM-3
                                )
CAMMEA P. DURFIELD,             )
                                )
            Defendant.          )

## **ORDER**

This criminal case is before the Court on defendant's Pro Se Motion for Compassionate Release [Doc. 284]. The government is **ORDERED** to file a response to the motion within **thirty (30) days** from the entry of this Order.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE